AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Federman, Arthur B. | 2. Court or Organization<br><br>U.S. Bankruptcy Court | 3. Date of Report<br><br>05/08/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Judge (Active) | 5a. Report Type (check appropriate type)<br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Charles Evans Whittaker Cthse.
400 East 9th St., Suite 6552
Kansas City, Mo. 64106

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee, with no significant management duties - all assets are listed @VII | 1990 and 1992 Federman Trusts, beneficiaries are the reporting person and relatives, Assets are disclosed in Part VII |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank NA | I was a guarantor on a real est. mortgage for the benefit of my adult child. Guarantee released- 4-16-12 | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Second Mortgage Investment Co., Inc - a 1.58% shareholder | A | Interest | J | W | | | | | |
| 2. Commerce Bank NA, Lenexa Ks.- MMrkt | A | Interest | K | T | Distributed (part) | 12/31/12 | L | | pers MMT -no detail req. |
| 3. Capitol Federal Savings, Topeka, Ks. Ckg Acct | | None | | | Closed | 06/06/12 | J | | withdrew & closed acct. |
| 4. Commerce Bank NA, Lenexa Ks - MMRKT | A | Interest | J | T | Open | 06/06/12 | J | | pers chkg - no detail req |
| 5. Commerce Bank NA, Lenexa Ks - MMRKT | A | Interest | M | T | Open | 02/10/12 | M | | per MMT - no detail req. |
| 6. Vanguard Fed MMT Fund | B | Int./Div. | J | T | | | | | |
| 7. Vanguard - 500 Index Fund Admiral Shares - Total Bal | B | Int./Div. | M | T | | | | | |
| 8. - Vanguard - 500 Index Fund Admiral Shares | | | | | Buy (add'l) | 03/05/12 | K | | a current year addition |
| 9. - Vanguard - 500 Index Fund Admiral Shares | | | | | Buy (add'l) | 12/31/12 | K | | Total of reg. mo. adds |
| 10. Vanguard - Total Intern. Stock Idx Adm- Total | C | Int./Div. | M | T | Buy (add'l) | 12/31/12 | K | | Total of reg. mo. adds |
| 11. Vanguard - Total Stock Market Index Fund Admiral Shrs-Bal | C | Dividend | M | T | | | | | |
| 12. - Vanguard - Total Stock Market Index Fund Admiral Shrs | | | | | Buy (add'l) | 05/09/12 | K | | a current year addition |
| 13. - Vanguard - Total Stock Market Index Fund | | | | | Buy (add'l) | 12/31/12 | K | | Total of reg. mo. adds |
| 14. Northwestern Mutual Life Ins Policy | B | Interest | N | T | | | | | |
| 15. Federman Family L.P. - Limited Partnership Interest | E | Interest | P1 | W | Open | 12/01/12 | N | | Gift Rec. From Parents |
| 16. Commerce Bank N.A. , Kansas City, Mo. - Ckg Acct. | A | Interest | J | T | | | | | |
| 17. FANNIE MAE Stepup Callable - see part VIII. | B | Interest | | | Redeemed | 9/28/12 | L | B | no Gain or (loss) |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of China (NY - CD | A | Interest | L | T | Open | 01/25/12 | L | | fund source - parent gift |
| 19. Goldman Sachs Bank USA - CD | A | Interest | L | T | Open | 01/25/12 | L | | fund source - parent gift |
| 20. Goldman Sachs Bank USA - CD | A | Interest | L | T | Open | 01/25/12 | L | | fund source - parent gift |
| 21. Discover Bank - CD | A | Interest | M | T | Open | 05/09/12 | M | | fund source-parent gift |
| 22. State Bank of India - CD | A | Interest | L | T | Open | 10/12/12 | L | | |
| 23. IRA Acct. -Total Assets in Accounts - Detail Follows | C | Dividend | M | T | | | | | |
| 24. - IRA Acct. - (GNMA) Govt. Natl. Mtg. Ass Pool - Commerce | | | | | Matured (part) | 12/31/12 | J | | normal principal paydowns |
| 25. - IRA Acct - Vangaurd acct - Prime MM FD | | | | | Redeemed (part) | 07/03/12 | L | | a MMKT acct-no detail req |
| 26. - IRA Acct - Vanguard acct - Prime MM FD | | | | | Redeemed (part) | 12/05/12 | J | | a MMKT acct-no detail req |
| 27. - IRA Acct - Fidelity Select Health Care | | | | | Buy (add'l) | 12/31/12 | J | | only income reinvestmenst |
| 28. - IRA Acct - T.Rowe Price New ERA | | | | | Buy (add'l) | 12/31/12 | J | | only income teinvestments |
| 29. Trust # 1 - Total Assets of Trust -Asset Detail Follows | E | Int./Div. | P1 | T | Buy (add'l) | 12/31/12 | J | | Inc includes Life Ins div. |
| 30. - Trust # 1 - Guardian Life Ins . - Cash Value | | | | | Buy (add'l) | 12/31/12 | J | | Incr. CV for Life INS DIV |
| 31. - Trust # 1 - Northwestern Mutual Life - Cash Value | | | | | Buy (add'l) | 12/31/12 | J | | Incr CV for Life Ins DIV |
| 32. - Trust # 1 -(now) Met Life Ins. Policy - Term - | | | | | | | | | |
| 33. - Trust # 1 - Commerce Bank N.A., Ckg acct. | | | | | | | | | |
| 34. - Trust # 1 - Comm Bank NA - Kansas City Mo | | | | | Buy (add'l) | 02/28/12 | K | | mmkt acct - no detail req |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Trust # 1 -US Treas Note | | | | | Matured | 08/31/12 | L | | no gain or (loss) |
| 36. - Trust # 1 - FHLB Callable 02/24/12 | | | | | Redeemed | 02/28/12 | K | | no gain or (loss) |
| 37. - Trust # 1 - GE Capital Bank - CD | | | | | Buy | 08/31/12 | L | | |
| 38. Trust # 2 - Total Assets of Trust -Detail Follows | E | Int./Div. | P1 | T | | | | | |
| 39. - Trust # 2 - Vanguard Fed MM Portfolio, Philadelphia, Pa. | | | | | | | | | |
| 40. - Trust # 2 - Vanguard Health Care Fund Inv | | | | | Buy (add'l) | 12/31/12 | J | | reinvested div. only |
| 41. - Trust # 2 - Vanguard Total Stock Mkt Idx FundFund | | | | | Buy (add'l) | 12/31/12 | J | | reinvested div. only |
| 42. - Trust # 2 - Goldman Sachs ILA Federal Portfolio | | | | | | | | | |
| 43. - Trust # 2 - Commerce Bank NA - ckg acct. | | | | | | | | | |
| 44. - Trust # 2 - Commerce Bank NA - Ckg acct. | | | | | Open | 02/03/12 | L | | oped acct temporarily |
| 45. - Trust # 2 - Commerce Bank NA - Ckg acct. | | | | | Closed | 03/22/12 | L | | closed the temporary acct |
| 46. - Trust #2 - Johnson Cnty Ks Unified School GO | | | | | | | | | |
| 47. - Trust #2 - CD at Commerce Bank, KC, Mo | | | | | Matured | 08/24/12 | L | | N/C but renewed 8-24-12 |
| 48. - Trust #2 - Columbus Bk & Trust - CD | | | | | Matured | 01/17/12 | L | | CD - no gain or (loss) |
| 49. - Trust # 2 - Derby Ks. Gen Oblig Bds | | | | | Matured | 12/01/12 | L | | no gain or (loss) |
| 50. - Trust # 2 - GE Mony Bank - CD - 7-1-13 | | | | | | | | | |
| 51. - Trust # 2 - CIT Bank CD 11/25/13 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  - Trust # 2 - FHLB -callable 5/23/12 | | | | | Redeemed | 05/23/12 | K | | no gain or (loss) |
| 53.  - Trust # 2 - FFCB Callable - 8/15/12 | | | | | Redeemed | 08/15/12 | L | | no gain (loss) |
| 54.  - Trust # 2 FHLB - callable - 2/24/12 | | | | | Redeemed | 02/28/12 | K | | no gain (loss) |
| 55.  - Trust # 2 FANNIE MAE callable 9-28-12 | | | | | Redeemed | 06/28/12 | M | | no gain (loss) |
| 56.  - Trust # 2 - Goldman Sachs Bk USA CD - 5-30-13 | | | | | Buy | 05/30/12 | K | | |
| 57.  - Trust # 2 - Bank of China (NY) - CD - 9-30-13 | | | | | Buy | 03/28/12 | L | | |
| 58.  - Trust # 2 - Sallie Mae Bk /Murray - CD 11/25/13 | | | | | Buy | 08/22/12 | L | | |
| 59.  - Trust # 2 - State Bank of India | | | | | Buy | 10/12/12 | M | | |
| 60.  - Trust # 2 - Ally Bank - CD - 12/05/14 | | | | | Buy | 12/05/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets and value amount references shown in Part VII which are identified as Trust # 1 are for the full value of the assets held in Trust even though I only own a 1/3 beneficial interest in the Trust. I am the trustee of the Trust.

The assets and value references shown in Part VII which are identified as Trust # 2 are for the full value of the assets held in Trust even though I only own a 1/3 interest in the Trust. I am the trustee of the Trust.

Asset # 16 is a limited partnership interest - I have received periodic gifts from my parents of additonal limited ownbership interests in this limited partnership from January of 2003 through December 31, 2012. My ownership interest is 33% as of 12-31-12. The partnership's investments are almost exclusively in State Tax Exempt Bonds and Certificates of Deposit. I have no management responsibilitites for the activities of this partnership.

Asset # 17 (Fannie Mae Stepup Callable) which was also asset # 17 on prior year report was mislabled in the prior year report as "FHLB Multi Stepup Callable". That error was corrected on this report by replacing the incorrect label name with the correct label name.

| Name of Person Reporting | Date of Report |
|---|---|
| Federman, Arthur B. | 05/08/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur B. Federman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544